**Electronically Filed
Supreme Court
SCWC-11-0000573
03-FEB-2015
10:28 AM**

SCWC-11-0000573

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Petitioner and Respondent/Plaintiff-Appellant/Cross-Appellee,

vs.

PATRICK W. DEGUAIR, JR.,
Respondent and Petitioner/Defendant-Appellee/Cross-Appellant,

and

ARYSS DAYNE K. KAMAI, Respondent/Defendant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000573; CR. NO. 08-1-0533)

ORDER ACCEPTING APPLICATIONS FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner and Respondent/Plaintiff-Appellant/Cross-Appellee State of Hawaii's application for writ of certiorari filed on December 19, 2014, and Respondent and Petitioner/Defendant-Appellee/Cross-Appellant Patrick W. Deguair, Jr.'s application for writ of certiorari filed on December 24, 2014, are hereby accepted and will be scheduled for oral argument. The

parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, February 3, 2015.

Donn Fudo for petitioner and respondent State

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

Dwight C.H. Lum for respondent and petitioner Deguair

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

